C. C. CHAMBLEE, Appellant,

v.

The STATE of Texas, Appellee.

No. 35826.

Court of Criminal Appeals of Texas.

Oct. 16, 1963.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the giving of a check in the sum of less than $50.00 without sufficient funds in violation of Article 567b Vernon's Ann.P.C. with two prior convictions for the same offense alleged. The punishment was assessed by the jury at two years in the penitentiary and a fine of $1.00.

No statement of facts or bills of exception accompany the record.

The judgment is reformed to conform with the jury's verdict.

As reformed, the judgment is affirmed.